**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: R.S., A MINOR | : | No. 119 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: T.S., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: D.S., A MINOR | : | No. 120 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: T.S., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: D.S., A MINOR | : | No. 121 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: T.S., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: J.S., A MINOR | : | No. 122 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: T.S., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: Z.S., A MINOR | : | No. 123 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: T.S., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.